**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIA S. WEBB, | ) | |
| | ) | Adv. Case No. 23-03030-lkg |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANTONIA S. WEBB, | ) | Case No. 23-30622-lkg |
| | ) | Chapter 7 |
| Debtor. | ) | |

### JOINT MOTION FOR FINDING OF DISCHARGEABILITY

Plaintiff, Antonia S. Webb, by and through her attorney, Tobias Licker, and Defendant, the United States Department of Education, by and through Assistant U.S. Attorney Adam E. Hanna, and jointly move for an order of the Court finding that Plaintiff has demonstrated under 11 U.S.C. § 523(a)(8) that excepting her student loans owed to the United States Department of Education from the discharge granted in her Chapter 7 bankruptcy case would impose an undue hardship on her and that those student loans are therefore discharged.

UNITED STATES OF AMERICA
RACHELLE AUD CROWE
United States Attorney

*s/ Adam E. Hanna*

Adam E. Hanna
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
618-206-3510
adam.hanna@usdoj.gov
ATTORNEY FOR DEFENDANT
UNITED STATES DEPARTMENT OF
EDUCATION

Dated: June 3, 2024.

*/s/ Tobias Licker* **(with consent)**       **7/3/2024**

Tobias Licker                                    Date
Law Office of Tobias Licker
1861 Sherman Dr
St Charles, MO 63303
ATTORNEY FOR PLAINTIFF

2