**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIA S. WEBB, | ) | |
| | ) | Adv. Case No. 23-03030-lkg |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANTONIA S. WEBB, | ) | Case No. 23-30622-lkg |
| | ) | Chapter 7 |
| Debtor. | ) | |

**STIPULATION OF FACTS**

The Plaintiff, Antonia S. Webb, and the United States of America, on behalf of its agency,

the United States Department of Education, enter the following stipulation of facts:

Procedural Background

1.      Plaintiff filed her voluntary petition for bankruptcy under Chapter 7, Title 11 of the

United States Code on August 31, 2023.

2.      On August 11, 2023, Plaintiff filed this adversary complaint against the United

States Department of Education, seeking a determination that her student loan debts are

dischargeable under 11 U.S.C. § 523(a)(8) because not excepting the debts from discharge would

impose an undue hardship on her.

3.      The United States Department of Education filed an answer to Plaintiff's Adversary

Complaint on January 16, 2024, and admitted that it held student loans owed by Plaintiff.

4.      The court entered an order discharging debtor on December 18, 2023.

<u>Plaintiff's Characteristics</u>

5.      Plaintiff Antonia S. Webb is 47 years old and resides in Alton, Madison County,

Illinois. In February 2012, she completed an associate degree in business administration through

the University of Phoenix.

6.      Plaintiff is currently employed by World Wide Technology as a Warehouse

Operator.

7.      Her household also includes dependent children aged 11, 14, and 19.

<u>Plaintiff's Department of Education Student Loans</u>

8.      Plaintiff is indebted to the United States Department of Education on account of

the following student loans (balances as of January 30, 2024):

| Loan # | Loan Holder Name/ Servicer | Loan Date | Loan Amount | Loan Type | Loan Status | Principal | Interest | Date Entered Repayment |
|---|---|---|---|---|---|---|---|---|
| 7 | DEPT OF ED/NELNET | 2011-10-27 | $3,000 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $4,730 | $225 | 09/12/2012 |
| 6 | DEPT OF ED/NELNET | 2011-10-27 | $2,250 | DIRECT STAFFORD SUBSIDIZED | Bankruptcy, Active | $2,601 | $32 | 09/12/2012 |
| 5 | DEPT OF ED/NELNET | 2010-12-23 | $3,720 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $6,116 | $291 | 09/12/2012 |
| 4 | DEPT OF ED/NELNET | 2010-11-17 | $4,500 | DIRECT STAFFORD SUBSIDIZED | Bankruptcy, Active | $5,430 | $88 | 09/12/2012 |
| 3 | DEPT OF ED/NELNET | 2010-11-17 | $2,280 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $3,761 | $179 | 09/12/2012 |
| 2 | DEPT OF ED/NELNET | 2009-11-23 | $6,000 | FFEL STAFFORD UNSUB | Bankruptcy, Active | $10,828 | $515 | 09/12/2012 |
| 1 | DEPT OF ED/NELNET | 2009-11-23 | $3,500 | FFEL STAFFORD SUB | Bankruptcy, Active | $4,387 | $89 | 09/12/2012 |

2

### Plaintiff's Income, Expenses, and Assets

9.      Plaintiff' monthly gross income is $3,070.40, which is composed of wages and Supplemental Nutrition Assistance Program (SNAP) benefits.

10.     Plaintiff's overall monthly expenses do not exceed the Internal Revenue Service's Collection Financial Standards for a household of four persons. The Collection Financial Standards provide a set of objective standards concerning the expenses necessary to provide for a household's health, welfare, and production of income.

11.     Plaintiff rents her residence for $1,100 per month and has approximately $725 per month in utility bills.

12.     Plaintiff owns a 2019 Ford EcoSport worth approximately $20,000 but owes $18,500 on a note secured by the vehicle. Her monthly payment is $486.00. She incurs approximately $835 in monthly operating expenses for said vehicle.

13.     Plaintiff owns no other non-exempt assets.

14.     If Plaintiff were required to repay her student loans held by the United States Department of Education on a regular repayment plan, her total monthly payment would be $535.24.

15.     Plaintiff does not have the present ability to repay her student loans to the United States Department of Education because her reasonably monthly living expenses exceed her income before considering repayment of her student loans.

### Future Inability to Repay Student Loans

16.     Plaintiff's loans have been in repayment status for more than 10 years.

17.     Plaintiff's circumstances indicate that her financial situation is likely to persist for a significant portion of the repayment period.

Good Faith Efforts to Repay

18.     Plaintiff has engaged with the United States Department of Education about her loans during the repayment period. She has applied for Income Driven Repayment plans and deferments to avoid default.

19.     Plaintiff has made good faith efforts in the past to repay her student loan debts to the United States Department of Education.

Legal Standard

20.     The Seventh Circuit follows the test described in *Brunner v. New York State Higher Education Services Corp.*, 831 F.2d 395 (2d Cir. 1987). *See In re Roberson*, 999 F.2d 1132, 1135 (7th Cir. 1993). The *Brunner* test requires a debtor seeking discharge of student loans to show that (1) the debtor cannot presently maintain a minimal standard of living if required to repay the student loan, (2) circumstances exist that indicate the debtor's financial situation is likely to persist into the future for a significant portion of the loan repayment period, and (3) the debtor has made good faith efforts in the past to repay the student loan.

Conclusion

21.     Plaintiff and Defendant, the United States Department of Education, stipulate and agree that the facts in this case meet the three prongs of the *Brunner* test.

UNITED STATES OF AMERICA
RACHELLE AUD CROWE
United States Attorney

*s/ Adam E. Hanna*              6/3/2024
Adam E. Hanna                 Date
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
618-206-3510
adam.hanna@usdoj.gov
ATTORNEY FOR DEFENDANT

*/s/ Tobias Licker* **(with consent)**      **7/3/2024**

Tobias Licker                                   Date
Law Office of Tobias Licker
1861 Sherman Dr
St Charles, MO 63303
ATTORNEY FOR PLAINTIFF